UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Desmond Gilbert,<br><br>    Plaintiff,<br><br>v.<br><br>City of Minneapolis, et al.,<br><br>    Defendants. | Civ. No.  21-2350 (NEB/LIB)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

---

Plaintiff Desmond Gilbert respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment on Counts II and III in his Complaint. This Motion is supported by Plaintiff's Memorandum in Support of Summary Judgment, the Declarations of Lucas Kaster and Desmond Gilbert, and the record previously filed with the Court.

Dated: January 2, 2024            **NICHOLS KASTER, PLLP**

s/Lucas J. Kaster
Matthew H. Morgan, MN Bar No. 304657
Lucas J. Kaster, MN Bar No. 396251
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
morgan@nka.com
lkaster@nka.com

**ATTORNEYS FOR PLAINTIFF**