# Exhibit 4





Exhibit Schwartz 18