# Exhibit 5





Google Maps 2405 1st Ave S

Image capture: Mar 2022 © 2023 Google

Exhibit
Schwartz 19